# United States District Court

CVB Location Code

## Violation Notice

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3849968 | MIRRER YOUNG | 442 312 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 03/24/13 1908 | 36 CFR 2.34(a) |

Place of Offense

SIB BW PKNY S/O POWDER MILL RD.

Offense Description: Factual Basis for Charge  PRINCE GEORGE'S COUNTY, MD   HAZMAT

DISORDERLY CONDUCT

CCN# 13-10553

## DEFENDANT INFORMATION    Phone

| Last Name | First Name | M.I. |
|---|---|---|
| DANCHENKO | IGOR | Y. |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

☑ Adult  ☐ Juvenile   Sex ☑ Male  ☐ Female   Eyes   Height

## VEHICLE    VIN:    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

MA

| $ | Forfeiture Amount |
|---|---|
| | + $25 Processing Fee |

PAY THIS AMOUNT →  $    Total Collateral Due

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address  MA

Date (mm/dd/yyyy)  MA

Time (hh:mm)  MA

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011)    Original - CVB Copy