# United States District Court
## Violation Notice

CVB Location Code: MY91

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3849969 | MIRRER YOUNG | 442 312 |

3849969

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 03/24/13 1908
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 2.35(c)

Place of Offense: S/B BW PKWY S/O POWDER MILL RD

Offense Description: Factual Basis for Charge
DRUNK IN PUBLIC

HAZMAT ☐

### DEFENDANT INFORMATION

Phone: [redacted]

Last Name: DANCHENKO
First Name: IGOR
M.I.: Y.

Street Address: [redacted]
City: [redacted]  State: [redacted]  Zip Code: [redacted]  Date of Birth: [redacted]
Drivers License No.: [redacted]  CDL ☐  D.L. State: [redacted]  Social Security No.: [redacted]

☒ Adult ☐ Juvenile    Sex: ☒ Male ☐ Female

### VEHICLE
VIN:                                                                CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

MA

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: MA
Date (mm/dd/yyyy): MA
Time (hh:mm): MA

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011)                Original - CVB Copy