# United States District Court
## Violation Notice

CVB Location Code: MY47

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3849970 | MIRRER YOUNG | 442 312 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 03/24/13 1908
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 4.15(a)

Place of Offense: S/B BW PKWY S/O POWDER MILL RD

Offense Description: Factual Basis for Charge — HAZMAT ☐
CHILD SAFETY SEAT - UNDER 8 YEARS OF AGE

### DEFENDANT INFORMATION

Last Name: DANCHENKO
First Name: IGOR
M.I.: Y

Adult ☒ Juvenile ☐  Sex: ☒ Male ☐ Female

### VEHICLE

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.  — NA
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount
+ $25 Processing Fee
Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: NA
Date: NA
Time: NA

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011)  Original - CVB Copy

Violation Number: 3849970