# UNITED STATES DISTRICT COURT
## -------------DISTRICT OF MARYLAND------------- SOUTHERN DIVISION

### A P P E A R A N C E

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | **Case No. 13-po-02854** |
| IGOR Y. DANCHENKO | * | |
| | * | |

\* \* \* \* \* \*

### NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel in the case for Igor Y. Danchenko.  I certify

that I am admitted to practice in this Court.

> JAMES WYDA
> Federal Public Defender
>
>
> _____/s/_____
> SUSAN M. BAUER (#04085)
> Assistant Federal Public Defender
> Office of the Federal Public Defender
> 6411 Ivy Lane - Suite 710
> Greenbelt, Maryland  20770
> Telephone:  (301) 344-0600
> Facsimile:   (301) 344-0019

Date:  March 28, 2013