IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL CASE NO. 13-po-2854 |
| IGOR DANCHENKO | * | |

## MOTION TO MOVE TRIAL DATE

The United States of America, by and through Rod J. Rosenstein, United States Attorney for the District of Maryland, and Jane F. Nathan, Assistant United States Attorney, requests this Honorable Court to move the trial date of May 20, 2013, for the following reason.

1. Upon presentment of the above-entitled case, Officer Young and rookie Officer Mirrer were assigned the above court date.

2. Officer Young's court appearances are scheduled under MY 97.

WHEREFORE, the government respectfully requests this trial date be moved to MY 97.

Respectfully submitted,

ROD J. ROSENSTEIN
United States Attorney for the
District of Maryland

\_\_\_\_\_/s/_____
By:  Jane F. Nathan
Assistant United States Attorney
6500 Cherrywood Lane, Room 400
Greenbelt, Maryland   20770
301-344-4034

1

I hereby certify that a copy of the above Motion to Move Trial Date was mailed to Olayinka D. Akinnage, *pro se*, 3614 Granby Street, Hyattsville, Maryland 20784, this, 1st day of March, 2012.

                                                                                                  _____
                                                                                                  Jane F. Nathan
                                                                                                  Assistant United States Attorney

IN THE UNITED STATE OF AMERICA
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **CRIMINAL CASE NO. 11-4896M** |
| **OLAYINKA AKINNAGE** | * | |

## ORDER

Upon Motion by the United States of America, good cause having been shown, it is hereby ORDERED that the above-entitled case has been moved from <u>April 23, 2012</u> to <u>April 19, 2012.</u>

The defendant shall appear without further notice.

_____
United States Magistrate Judge

_____
Date

cc:  Jane F. Nathan, AUSA
     Olaayinka Akinnage, *pro se*
     Officer Farrell, USPP