_____ FILED          _____ ENTERED
_____ LOGGED         _____ RECEIVED

APR  3 2013

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
UNITED STATES MAGISTRATE JUDGE - GREENBELT, MARYLAND

UNITED STATES OF AMERICA          *
                                  *
        v.                        *   Case No. 13-PO-2854
                                  *
IGOR DANCHENKO                    *
                                  *
                                  *
                                  *
        Defendant                 *

                        *   *   *

## ORDER OF COURT

TAKE NOTICE that the above-entitled case has been rescheduled from May 20, 2013 to May 23, 2013 at 1:30 pm. The proceeding will take place at U.S. District Court, 6500 Cherrywood Lane, Courtroom to be announced, Greenbelt, Maryland 20770.

Date: April 3, 2013                    _____/s/_____
                                       THOMAS DIGIROLAMO
                                       United States Magistrate Judge