IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No. 13-po-02854 |
| **IGOR DANCHENKO** | * | |

* * * * * * * * *

## MOTION TO PERMIT TRAVEL AND POSTPONE TRIAL DATE

The Defendant, Igor Danchenko, by and through his attorneys, James Wyda, Federal Public Defender for the District of Maryland, and Susan M. Bauer, Assistant Federal Public Defender, hereby moves this Honorable Court to permit him to travel outside of the United States for employment purposes. In support of this request, Mr. Danchenko states as follows:

1. Mr. Danchenko is charged by way of citations with three petty offense misdemeanors, to wit: drunk in public, disorderly conduct, and failure to have his child in a safety seat. Trial is currently scheduled for May 23, 2013, at 9:30 a.m.

2. On March 25, 2013, Mr. Danchenko appeared before the Court and was released on various terms and conditions, to include supervision by Pretrial Services, and alcohol/substance abuse counseling and screening.

3. Mr. Danchenko is employed by Sidar Global Advisors, as a Development Manager. He is a Russian National, and as such is fluent in Russian, which often necessitates travel to Russia, and other areas in Europe, as a condition of his employment.

4. Although Mr. Danchenko travels frequently for work, he is legally present in the United States on a work visa, and currently residing in the District of Columbia with his wife and 2-year old daughter.

5. Prior to this offense, Mr. Danchenko had prearranged travel to Moscow, Russia, and Munich, Germany, between the dates of May 20, 2013, and June 9, 2013.

6. Assistant United States Attorney Jane Nathan and United States Pretrial Officer Sharnell Howell do not oppose this request.

7. If the Court permits the requested travel, Mr. Danchenko's current trial date would have to be postponed until the officer's next date of June 20, 2013, at 8:30 a.m.

WHEREFORE, the Defendant, Igor Danchenko, requests permission to travel for work, as described herein, and further requests, that in order to accommodate this travel, his trial date be continued to June 20, 2013, at 8:30 a.m.

Respectfully submitted,

JAMES WYDA
Federal Public Defender


_____/s/_____
SUSAN M. BAUER   (#04085)
Assistant Federal Public Defender
6411 Ivy Lane - Suite 710
Greenbelt, Maryland 20770
Telephone:  (301) 344-0600
Facsimile:  (301) 344-0019
E-mail: susan_m_bauer@fd.org

## MEMORANDUM OF POINTS AND AUTHORITIES

1. 18 U.S.C. §3145(a)(2).

_____/s/_____
SUSAN M. BAUER
Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April, 2012, a copy of the foregoing motion was delivered via facsimile to Assistant United States Attorney Jane Nathan, and Pre-trial Services Officer Sharnell Howell, United States Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

_____/s/_____
SUSAN M. BAUER
Assistant Federal Public Defender