IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No. 13-po-02854 |
| **IGOR DANCHENKO** | * | |

\* \* \* \* \* \* \* \* \*

## ORDER

Having reviewed the request of the Defendant, Igor Danchenko, to travel outside of the United States, from May 20, 2013, through June 9, 2013, for work purposes, it is hereby ORDERED by the United States District Court for the District of Maryland that Mr. Danchenko be permitted to travel as requested. Mr. Danchenko is directed to provide his Pretrial Services Officer with his travel itinerary and contact information where he may be reached during his travel. It is further ordered that, in order to accommodate the requested travel, the current trial date of May 23, 2013, be continued to June 20, 2013, at 8:30 a.m. All other terms and conditions shall remain in effect.

_____
THOMAS M. DIGIROLAMO
United States Magistrate Judge

cc: AFPD Susan Bauer
    AUSA Jane Nathan
    PTSO Sharnell Howell